(September 22, 1987)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHELDON SIMON, Appellant, et al., Defendants.—Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered on October 7, 1986, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Murphy, P. J., Kupferman, Sandler, Sullivan and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS BROWN, Appellant.—Judgment, Supreme Court, New York County (John Bradley, J.), rendered on June 10, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Sandler, Sullivan and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HENDERSON, Appellant.—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on May 28, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Asch, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN JOHNSON, Also Known as MARK JOHNSON, Appellant.—Judgment, Supreme Court, New York County (Joan Carey, J.), rendered on January 18, 1987, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is denied. No opinion. Concur—Kupferman, J. P., Ross, Asch, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE ADORNO, Appellant.—Judgment, Supreme Court, New York County (Burton Roberts, J.), rendered on September 7, 1977, unanimously affirmed.